**Order entered January 23, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01241-CV

### IN RE THE HOMEOWNERS' ASSOCIATION OF PRINCETON MEADOWS, INC.,

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-01821-2016**

## ORDER

Before the Court is appellant's January 19, 2017 unopposed motion for extension of time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by February 20, 2017.

/s/     CRAIG STODDART
          JUSTICE